# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TAMAR TORADZE and | ) Case No. 2:16-MJ-31-1,2 |
| Levan Arutinov | ) |
| Defendant | ) |

**WARRANT FOR THE ARREST OF A WITNESS
OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)*
NINO LEMPANINTZE _____ , a person

- ☐ who has been served with a subpoena to appear in this case and has failed to do so.
- ☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 2/29/2016

_____
*Issuing officer's signature*

City and state: Burlington VT

JOHN M. Conroy
*Printed name and title*
U.S. Magistrate Judge

RECEIVED 2016 FEB 29 PM 4:45 U.S. MARSHALS SERVICE DISTRICT OF VERMONT

2016 MAR -8 PM 4:52 U.S. DISTRICT COURT DISTRICT OF VERMONT FILED BY _____ CLERK

## Return

This warrant was received on *(date)* 2/29/16 , and the person was arrested on *(date)* 3/1/16
at *(city and state)* BURLINGTON VT .

Date: 3/5/16

_____
*Arresting officer's signature*

/S/IAN SOUSA/
/ISHIN SDUSM
*Printed name and title*