PS 42
(Rev 07/93)

RECD USPO 03.15'16 1430

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

United States District Court

District of Vermont

2016 MAR 16 AM 11:55

CLERK

BY_____
DEPUTY CLERK

United States of America )
)
Vs )
)
Tamar Toradze )

Case No. 2:16-00031M 1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

- I, Tamar Toradze, have discussed with Shawna Lapierre, Probation Officer, modification of my release as follows:

Modification of Condition 8(i): Abide by the following restrictions on personal association, place of abode, or travel: Travel restricted to New Jersey and to New York and New Jersey (for employment purposes only) and to Vermont for court appearances and lawyer visits. All other travel must be approved in advance by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/14/16.          _____  3/10/16
Signature of Defendant    Date              Shawna R. Lapierre          Date
                                            U.S. Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/14/16
Signature of Defense Counsel    Date

[✓]  The above modification of conditions of release is ordered, to be effective on  3/14/2016

[ ]  The above modification of conditions of release is not ordered.

_____  3/14/2016
Signature of Judicial Officer    Date